**FILED**
FEB 21 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## CLERK'S OFFICE

I Lance Whitaker moves before the court on case number 5-20-HC-2056-M "I'm requesting to "Reinstate my petition" before the court, based on my sentence and my Supervised Probation I'm currently serving my prior state North Carolina drug offense's is not felony offense's under federal law I have a illegal 851 Enhancement that was never removed from me. Back in 2020 my attorney Jennifer Dominquez that was appointed by the court, on my FSA motion she advised me my counsel she told me to withdraw to Dismiss case number 5-20-HC-2056-M because I have a FSA motion in court, and I can't have 2 different motion's in court at the same time. Ms. Dominquez told me Lance Whitaker that if I don't get any relief on my FSA Petition I can Re-file my case number again to the court, on February 10, 2023 my case on my FSA motion was affirm by the Fourth Circuit Court of appeal's I Lance Whitaker requesting to proceed with case number 5-20-HC-2056-M I'm requesting Resentence on Count 1

without the 851 Enhancement if I was resentence today my guidelines would be 262 to 327 plus my Substantial assistance I provided to the US Attorney Office 24% reduction that I receive at my intinal sentencing my sentence would be from 194 to 201 months my Supervised Probation would be 4 yrs plus I just receive 12 months off my sentence for FSA credits my sentence would be 182 months it will give me a Time Serve as of today I been incarcarated 162 months in Custody as of today, I hasn't had no shoti in the B.O.P I completely over 43 courses I been programming & Working a consisdent Job I have Rehabotated myself. I Also gave Ongoing cooperating to law enforcements in Halifax County Narcotic Office Agent Scott Hall And Anzel Harris several drug busts And federal prosecution I never receive a Rule 35 B motion AUSA Joshua Royster was inform on my cooperating but no Rule 35 was file I'm also requesting that the US Attorney Office receive a copy of my petition And the court order the US Attorney Office to respond to my petition

I'm requesting relief from the Court I pray that I receive appointed of counsel to represent me on my petition I respectfully ask the court on February 13, 2023.

Lance Whitaker

*Lance Whitaker*

2-13-23

Forward a copy to the US Attorney Office

Lance Whitaker #51788-056
P.O box 5000
Yazoo City Low 2
Yazoo City MS 39194



JACKSON MS 390
14 FEB 2023 PM

RECEIVED
FEB 21 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

CLERK'S OFFICE
US District Court
P.O box 25670
Raleigh N.C 27611

27611-567070